# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tracts:  RGV-RGC-2007, RGV-RGC-2007-1, RGV-RGC-2007-2
Owner:  3BU Family Limited Partnership, *et al.*
Total Acres:  16.553

**Tract RGV-RGC-2007**

**Being** a 12.511 acre (544,991 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, and being out of a called 209.79 acre tract conveyed to 3BU Family Limited Partnership by Foreclosure Sale Deed recorded in Instrument No. 2020-354304, Official Records of Starr County, Texas ("Tract II"), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2006 2007 2042", said point being at a northerly interior corner of the 209.79 acre tract and a southerly exterior corner of a called 23.0456 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz, Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia, Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 107, Official Records of Starr County, Texas ("First Tract"), said point having the coordinates of N=16679412.853, E=788581.786, said point bears S 05°54'15" W, a distance of 1166.66' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** S 80°45'00" W (N 80°00'00" E, Record), with the south line of the 23.0456 acre tract and the north line of the 209.79 acre tract, for a distance of 371.64' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-1" for the **Point of Beginning** and northeast corner of Tract RGV-RGC-2007, said point being in the north line of the 209.79 acre tract and the south line of the 23.0456 acre tract, said point having the coordinates of N=16679353.116, E=788214.982;

**Thence:** departing the south line of the 23.0456 acre tract, over and across the 209.79 acre tract, the following courses and distances:

- S 10°20'05" E, for a distance of 63.91' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-2" for a northeasterly exterior corner of Tract RGV-RGC 2007;

- S 79°39'55" W, for a distance of 19.52' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-3" for a northeasterly interior corner of Tract RGV-RGC 2007;

## SCHEDULE C (Cont.)

- S 17°10'00" E, passing at 1532.55' the north line of RGV-RGC-R1314, passing at 1573.44' the south line of RGV-RGC-R1314, continuing for a total distance of 2548.95' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-4" for an angle point of Tract RGV-RGC-2007;

- S 47°49'07" E, for a distance of 181.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-5=2008-5" for the southeast corner of Tract RGV-RGC-2007, said point being in the south line of the 209.79 acre tract and the north line of a called 20.39 acre tract conveyed to Roque Elias Barrera II by Warranty Deed recorded in Volume 1360, Page 239, Official Records of Starr County, Texas;

**Thence:** N 80°19'58" W (N 80°45'00" W, Record), with the south line of the 209.79 acre tract and the north line of the 20.39 acre tract, for a distance of 327.77' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-6=2008-4" for the southwest corner of Tract RGV-RGC-2007, said point being in the south line of the 209.79 acre tract and the north line of the 20.39 acre tract;

**Thence:** departing the north line of the 20.39 acre tract, over and across the 209.79 acre tract, the following courses and distances:

- N 17°10'00" W, passing at 1042.89' the south line of RGV-RGC-R1314, passing at 1089.66' the north line of RGV-RGC-R1314, continuing for a total distance of 2569.72' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2007-7" for an angle point of Tract RGV-RGC-2007;

- N 36°10'21" W, for a distance of 88.89' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2006-2=2007-8" for the northwest corner of Tract RGV-RGC-2007, said point being in the north line of the 209.79 acre tract and the south line of a called 52.54 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz, Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia, Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 110, Official Records of Starr County, Texas;

**Thence:** N 80°45'00" E (N 80°00'00" E, Record), with the north line of the 209.79 acre tract and the south line of the 52.54 acre tract, passing at 71.03' the southeast corner of the 52.54 acre tract and the southwest corner of the 23.0456 acre tract, continuing for a total distance of 258.40' to the **Point of Beginning.**

## SCHEDULE C (Cont.)

**Tract RGV-RGC-2007-1**

**BEING** a 4.032 acre tract (175,654 square feet) parcel of land, more or less, being out of a called 335.49 acre tract, recorded in Document No. 2020-354304, Official Records of Starr County (O.R.S.C.), Texas, conveyed to 3BU Family Limited Partnership, a Texas Limited Partnership, said tract being all of Share No. 57-A, Porcion 66, and all of Shares 303A, 304A, 304B, 305A, 305B, 312, 313 and 315, Porcion 67 Ancient Jurisdiction of Mier, Mexico, Starr County, Texas, said 4.032 acre (175,654 square feet) parcel of land being more particularly described as follows;

**COMMENCING:** at a found 2" pipe, being on the west line of said 3BU Family Limited Partnership tract and the northeast corner of a called 15.00 acre tract, recorded in Document No. 2012-306552, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Jose Roel Montalvo, et al, said point having a coordinate of N=16673745.959, E=795805.974;

**THENCE:** S 09°06'36" W, along the west line of said 3BU Family Limited Partnership tract and the east line of said known and unknown heirs of Jose Roel Montalvo, et al tract, a distance of 254.23 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-1=RGV-RGC-2034-1" for the **POINT OF BEGINNING,** said point being the northwest corner of the herein described proposed acquisition tract, said point having a coordinate of N=16673494.932, E=795765.721,  said point being S 19°15'39" W, a distance of 239.88 feet from United States Corps of Engineers Control Point No. "SS07-2019" (B&F Engineering aluminum cap in concrete);

## SCHEDULE C (Cont.)

**THENCE:** N 82°43'08" E, departing the west line of said 3BU Family Limited Partnership tract and the east line of said known and unknown heirs of Jose Roel Montalvo, et al tract, over and across said 3BU Family Limited Partnership tract, a distance of 2.12 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-2" for an angle point;

**THENCE:** S 88°43'15" E, over and across said 3BU Family Limited Partnership tract, a distance of 431.20 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-2A" for a point on tangent;

**THENCE:** S 88°43'15" E, over and across said 3BU Family Limited Partnership tract, a distance of 431.20 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-3=RGV-RGC-2035-3" for the northeast corner of the herein described proposed acquisition tract, said point being on the east line of said 3BU Family Limited Partnership tract and the west line of a called 29.36 acre tract, recorded in Cause PR-01-16 and described in Document No. 1955-42370, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Texas State Bank, McAllen, Texas, Trustee of the J.C. Guerra Charitable Trust;

**THENCE:** S 01°44'27" W, along the east line of said 3BU Family Limited Partnership tract and the west line of said Texas State Bank, McAllen, Texas tract, a distance of 138.15 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-4=RGV-RGC-2035-2" for an angle point;

**THENCE:** S 01°02'51" W, along the east line of said 3BU Family Limited Partnership tract and the west line of said Texas State Bank, McAllen, Texas tract, a distance of 61.86 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-5=RGV-RGC-2035-1" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 88°43'15" W, departing the east line of said 3BU Family Limited Partnership tract and the west line of said Texas State Bank, McAllen, Texas tract, over and across said 3BU Family Limited Partnership tract, a distance of 423.28 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-5A" for a point on tangent;

## SCHEDULE C (Cont.)

**THENCE:** N 88°43'15" W, over and across said 3BU Family Limited Partnership tract, a distance of 423.28 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-6" for an angle point;

**THENCE:** S 82°43'08" W, over and across said 3BU Family Limited Partnership tract, a distance of 45.98 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-1-7=RGV-RGC-2034-2" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said 3BU Family Limited Partnership tract and the east line of said known and unknown heirs of Jose Roel Montalvo, et al tract;

**THENCE:** N 09°06'36" E, along the west line of said 3BU Family Limited Partnership tract and the east line of said known and unknown heirs of Jose Roel Montalvo, et al tract, a distance of 208.47 feet to the **POINT OF BEGINNING** and containing 4.032 acres (175,654 square feet) of land, more or less.

### Tract RGV-RGC-2007-2

**BEING** a 0.010 acre tract (444 square feet) parcel of land, more or less, being out of a called 335.49 acre tract, recorded in Document No. 2020-354304, Official Records of Starr County (O.R.S.C.), Texas, conveyed to 3BU Family Limited Partnership, a Texas Limited Partnership, said tract being all of Share No. 57-A, Porcion 66, and all of Shares 303A, 304A, 304B, 305A, 305B, 312, 313 and 315, Porcion 67 Ancient Jurisdiction of Mier, Mexico said 0.010 acre (444 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a found 1" pipe, being an angle point on the south line of said 3BU Family Limited Partnership tract and the north line of a called 17.74 acre tract, recorded in Document No. 1944-34908, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Julio Moreno, said tract now owned by the Unknown Heirs of Carmen Martinez, et al, said point also being the southeast corner of a called 24.04 acre tract, recorded in Document No. 2005-250599, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Manuel J. Barrera, Cecilio R. Barrera and Isaudra Dolores Barrera, said point having a coordinate of N=16673427.754, E=797902.539, said point also being S 81°52'43" E, a distance of 2078.53 feet from United States Corps of Engineers Control Point No. "SS07-2019" (B&F Engineering aluminum cap in concrete);

**THENCE:** N 01°01'12" E, along the south line of said 3BU Family Limited Partnership tract and the east line of said Manuel J. Barrera, Cecilio R. Barrera and Isaudra Dolores Barrera, a distance of 19.77 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-2-2=RGV-RGC-2037-7" for the northwest corner of the herein described proposed acquisition tract;

## SCHEDULE C (Cont.)

**THENCE:** S 88°43'15" E, departing the south line of said 3BU Family Limited Partnership tract and the east line of said Manuel J. Barrera, Cecilio R. Barrera and Isaudra Dolores Barrera tract, over and across said 3BU Family Limited Partnership tract, a distance of 44.91 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2007-2-3=RGV-RGC-2038-6" for the most easterly corner of the herein described proposed acquisition tract, said point being on the south line of said 3BU Family Limited Partnership tract and the north line of said Unknown Heirs of Carmen Martinez, et al tract;

**THENCE:** S 67°28'39" W, along the south line of said 3BU Family Limited Partnership tract and the north line of said Unknown Heirs of Carmen Martinez, et al tract, a distance of 48.99 feet to the **POINT OF BEGINNING** and containing 0.010 acres (444 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 10°20'05" E | 63.91' | N/A | N/A |
| L2 | S 79°39'55" W | 19.52' | N/A | N/A |
| L3 | S 47°49'07" E | 181.39' | N/A | N/A |
| L4 | N 36°10'21" W | 88.89' | N/A | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16679353.116 | 788214.982 | RGV-RGC-2007-1 |
| 2 | 16679290.241 | 788226.448 | RGV-RGC-2007-2 |
| 3 | 16679286.739 | 788207.244 | RGV-RGC-2007-3 |
| 4 | 16678857.348 | 788959.576 | RGV-RGC-2007-4 |
| 5 | 16676729.551 | 789093.987 | RGV-RGC-2007-5=2008-5 |
| 6 | 16676784.591 | 788770.873 | RGV-RGC-2007-6=2008-4 |
| 7 | 16679233.824 | 788012.411 | RGV-RGC-2007-7 |
| 8 | 16679311.580 | 787959.946 | RGV-RGC-2006-2=2007-8 |
| 9 | 16679412.853 | 788581.786 | POC RGV-RGC-2006 2007 2042 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).

2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.

3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.

4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.

5. FIELD SURVEY COMPLETED 2/10/2019.

6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



DETAIL "A" — SCALE: 1" = 50'

0'        50'        100'

BUILDING FOUNDATION (NO CONCRETE, REBAR ONLY)

CONCRETE SLAB

SOLAR PANELS

METAL BLD.



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7268 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-215-1616

| | |
|---|---|
| METES & BOUNDS SURVEY | |
| 3BU FAMILY LIMITED PARTNERSHIP | |
| TRACT No. RGV-RGC-2007 | |
| STARR COUNTY | TEXAS |

B&F ENGINEERING, INC.

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## **SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2007-1-1=RGV-RGC-2034-1 | 16673494.932 | 795765.721 |
| RGV-RGC-2007-1-2 | 16673495.201 | 795767.823 |
| RGV-RGC-2007-1-2A | 16673485.574 | 796198.913 |
| RGV-RGC-2007-1-3=RGV-RGC-2035-3 | 16673475.947 | 796630.003 |
| RGV-RGC-2007-1-4=RGV-RGC-2035-2 | 16673337.861 | 796625.806 |
| RGV-RGC-2007-1-5=RGV-RGC-2035-1 | 16673276.016 | 796624.676 |
| RGV-RGC-2007-1-5A | 16673285.466 | 796201.499 |
| RGV-RGC-2007-1-6 | 16673294.917 | 795778.323 |
| RGV-RGC-2007-1-7=RGV-RGC-2034-2 | 16673289.089 | 795732.714 |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. BMF ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THIS ACQUISITION TRACT LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE.

| | | | |
|---|---|---|---|
| METES & BOUNDS SURVEY | | | |
| 3BU FAMILY LIMITED PARTNERSHIP | | | |
| TRACT No. RGV-RGC-2007-1 | | | TEXAS |

STARR COUNTY

 

ENGINEERING, INC.

BMF PROJ. 7-2668-0319   FILE NAME: RGV-RGC-2007-1   DATE: 3.01.20

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2007-2-1=RGV-RGC-2037-8= RGV-RGC-2038-5 | 16673427.754 | 797902.539 |
| RGV-RGC-2007-2-2=RGV-RGC-2037-7 | 16673447.522 | 797902.891 |
| RGV-RGC-2007-2-3=RGV-RGC-2038-6 | 16673446.519 | 797947.792 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN SEPTEMBER 2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THIS ACQUISITION TRACT LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO UTILITY LOCATE REQUEST HAS BEEN MADE.

METES & BOUNDS SURVEY
3BU FAMILY LIMITED PARTNERSHIP
TRACT No. RGV-RGC-2007-2
STARR COUNTY                    TEXAS

SHEET 4 OF 5

Drawing Ref. No. 5

CONTRACT NO.  W9127S14-D-0013
TO: W9127S19F0075

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 02/20 |
| Checked | DWB | 02/20 |
| Surveyor | JJB | 10/19 |
| Fld. Bk. # | W058-76-95 | |

TEXAS LICENSE SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10133640




ENGINEERING, INC.
600 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6654
(EMAIL) info@bfeng.com

U.S. Army Corps of Engineers

B&F PROJ.  7-3653-0318   FILE NAME:  RGV-RGC-2007-2  DATE:   3/01/20

## SCHEDULE D (Cont.)



Tracts:  RGV-RGC-2007, RGV-RGC-2007-1, RGV-RGC-2007-2
Owner:  3BU Family Limited Partnership, *et al.*
Total Acreage:  16.553

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-2007, RGV-RGC-2007-1, RGV-RGC-2007-2
Owner:  3BU Family Limited Partnership, *et al.*
Total Acres:  16.553

Tract:  RGV-RGC-2007
Acres:  12.511

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Foreclosure Sale Deed recorded on February 14, 2020, as Instrument No. 2020-354304, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

Tract:  RGV-RGC-2007-1
Acres:  4.032

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land identified in Foreclosure Sale Deed recorded on February 14, 2020, as Instrument No. 2020-354304, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or

## SCHEDULE E (Cont.)

systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

Tract:  RGV-RGC-2007-2
Acres:  0.010

    The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

    Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



*Map covers all three tracts (RGV-RGC-2007, RGV-RGC-2007-1, RGV-RGC-2007-2).

# SCHEDULE F

## <u>SCHEDULE F</u>

### <u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is a total of FIFTY-FIVE THOUSAND, NINE HUNDRED AND SIXTY-SIX DOLLARS AND NO/100 ($55,966.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-2007:**

The sum estimated as just compensation for the land acquired is THIRTY-FOUR THOUSAND, FOUR HUNDRED AND TWENTY-NINE DOLLARS AND 00/100 ($34,429.00).

**TRACTS RGV-RGC-2007-1 and 2007-2:**

The sum estimated as just compensation for the land acquired is TWENTY ONE THOUSAND, FIVE HUNDRED AND THIRTY-SEVEN DOLLARS AND 00/100 ($21,537.00).

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **3BU Family Limited Partnership, a Texas limited partnership**<br><br>**3BU, LLC, a Texas limited liability company, as general partner of 3BU Family Limited Partnership**<br><br>**Arturo Ortega, as Manager of 3BU, LLC**<br><br>201 S. Bales Rd., Unit 10<br>McAllen, TX 78503<br><br>or<br><br>3120 Center Point Dr.<br>Edinburg, Texas 78539 | Foreclosure Sale Deed, dated February 5, 2020, recorded on February 14, 2020, as Document No. 2020-354304, Official Public Records, Starr County, Texas |
| **Bill Thomason and wife, Rosa Thomason**<br><br>New Orleans, LA 70131 | Lis Pendens recorded on November 22, 2019, as Document No. 2019-353076; and February 5, 2020, as Document No. 2020-354090, Official Public Records, Starr County, Texas.<br><br>Warranty Deed dated June 22, 2018, recorded as Document No. 2018-34340, Official Public Records, Starr County, Texas. |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167 Suite 201<br>Rio Grande City, Texas 78582 | Tax Parcel ID Nos.: 11871, 11874, 11877, and 11876 |