United States District Court
Southern District of Texas
**ENTERED**
May 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-318 |
| § | |
| 16.553 ACRES OF LAND, MORE OF LESS, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

ORDER STRIKING DOCUMENT

The Clerk has noted the filing of Defendant's First Amended Answer and Jury Demand (D.E. #27); however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. __ Document is not signed. (L.R.11.3)

2. __ Document does not comply with L.R.11.3.A

3. __ Caption of the document is incomplete. (L.R.10.1)

4. __ No certificate of service or explanation why service is not required. (L.R.5.3).

5. __ Motion does not comply with L.R.7
    a. __ No statement of opposition or non-opposition. (L.R.7.1.D(2)).
    b. __ No statement of conference between counsel. (L.R.7.1.D(1)).
    c. __ No separate proposed order attached. (L.R. 7.1C).

6. __ Discovery not filed. (L.R. 5.4).

7. **X** Leave of Court to amend answer was not requested. (FRCP 15).

The document is stricken from the record.

SO ORDERED May 3, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge